IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

RONALD L. COSNER,

    **Plaintiff,**

v.                              Case No. 2:18-cv-01499

DR. THISTLETHWAITE, JOSHUA SHREWSBERY,
SANDRA MAY, DR. LYE, U.M. BESS,
PSIMED, INC., WEXFORD HEALTH SOURCES, INC., and
MOUNT OLIVE CORRECTIONAL COMPLEX,[1]

    **Defendants.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to the Honorable John T. Copenhaver, Jr., Senior United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before the court are a Motion to Dismiss filed by Josh Shrewsbery, Sandra May, Dr. Lye, and Wexford Health Sources, Inc. (ECF No. 9) and defendants Thistlethwaite and PSIMED, Inc.'s Motion to Join in the other defendants' Motion to Dismiss (ECF No. 15).

## PROCEDURAL HISTORY

On December 7, 2018, the plaintiff, Ronald L. Cosner ("Cosner"), a prisoner at the Mount Olive Correctional Complex ("MOCC"), filed a Complaint under 42 U.S.C. § 1983, alleging that the defendants failed to provide Cosner with proper medical and mental

---

[1] The names of the various defendants have been corrected in accordance with the documents filed by the defendants in this matter. The Clerk is directed to modify the docket sheet to reflect the proper names and spellings for each defendant.

health treatment. Cosner also filed a Motion for Preliminary Injunction, which was previously denied by the presiding District Judge (ECF Nos. 3, 14).

On April 18, 2019, the undersigned granted Cosner's Application to Proceed Without Prepayment of Fees and Costs and ordered that summonses be issued for each defendant, with service thereof to be made by the United States Marshals Service ("USMS"), in accordance with 28 U.S.C. § 1915(d). On April 22, 2019, the summonses were issued and delivered to the USMS for service. On May 31, 2019, the USMS filed returns of service indicating that each of the summonses were left with David Farmer, Assistant Commissioner of the West Virginia Division of Corrections and Rehabilitation ("WVDCR") at its Central Office in Charleston, West Virginia.

On June 5, 2019, defendants Shrewsbery, May, Lye, and Wexford Health Sources, Inc., by counsel, Charles R. Bailey, Jordan K. Herrick, and the law firm of Bailey & Wyant, PLLC, filed a Motion to Dismiss (ECF No. 9) and a Memorandum of Law in support thereof (ECF No. 10). The Motion and Memorandum assert that the plaintiff's Complaint should be dismissed, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, for insufficient service of process on those defendants. On October 18, 2019, defendants PSIMED, Inc. and Thistlethwaite filed a Motion to Join in the other defendants' Motion to Dismiss (ECF No. 15). The plaintiff has not responded to either motion.

## **DISCUSSION**

The defendants' motions request dismissal under Rule 12(b)(5) of the Federal Rules of Civil Procedure because the defendants were not properly served with process. The motion documents correctly assert that the summonses for all of the defendants were not personally served on those defendants, but instead were improperly served by the

2

USMS on WVDCR Assistant Commissioner David Farmer, who is not an authorized agent for service of process.

However, because an officer of the court is responsible for performing service of process on the indigent *pro se* plaintiff's behalf, *see* 28 U.S.C. § 1915(d), the undersigned proposes that the presiding District Judge **FIND** that the plaintiff should not be held responsible for the mistakes that were made with service of process in this matter by officers of the court. Therefore, the undersigned further proposes that the presiding District Judge **FIND** that dismissal of the plaintiff's Complaint for insufficient service of process is not appropriate under the circumstances. Rather, the undersigned proposes that the presiding District Judge **FIND** that the proper remedy under the circumstances is to quash the service of the previous summonses and to issue new summonses for service upon the defendants in accordance with the appropriate rules of civil procedure.

## RECOMMENDATION

For the reasons stated herein, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY WITHOUT PREJUDICE** the defendants' Motion to Dismiss (ECF No. 9) and Motion to Join therein (ECF No. 15). By separate Order, the undersigned will quash the summonses which were improperly served, direct the Clerk to re-issue the summonses for each identified defendant, and order that service thereof be undertaken upon each defendant in accordance with appropriate sections of Rule 4 of the Federal Rules of Civil Procedure, including a new period for service under Rule 4(m).

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., Senior United States District Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff

3

shall have fourteen days (filing of objections) and three days (mailing) from the date of filing this Proposed Findings and Recommendation, in which to file with the Clerk of this Court, specific written objections, identifying the portions of the Proposed Findings and Recommendation to which objection is made, and the basis of such objection.  Extension of this time period may only be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.  *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).  Copies of such objections shall be provided to the opposing parties and Judge Copenhaver.

The Clerk is directed to file this Proposed Findings and Recommendation, to mail a copy of the same to the plaintiff and to transmit a copy to counsel of record.

November 7, 2019

Dwane L. Tinsley
United States Magistrate Judge

4